| | |
|---|---|
| 1 | **KAZEROUNI LAW GROUP, APC** |
| 2 | Abbas Kazerounian, Esq. (SBN: 249203)<br>ak@kazlg.com |
| 3 | Gouya Ranekouhi, Esq. (SBN: 288267)<br>gouya@kazlg.com |
| 4 | 245 Fischer Avenue, Unit D1<br>Costa Mesa, CA 92626 |
| 5 | Telephone: (800) 400-6808<br>Facsimile: (800) 520-5523 |
| 6 | [ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE] |
| 7 | *Attorneys for Plaintiff,*<br>James Milsk |
| 8 | |
| 9 | **UNITED STATES DISTRICT COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** |

| | | |
|---|---|---|
| 10 | **JAMES MILSK,** | Case No.: 2:14-cv-07676 |
| 11 | Plaintiff, | |
| 12 | v. | **CLASS ACTION** |
| 13 | **TRAVEL OPTIONS, INC.,** | **NOTICE OF APPEARANCE OF GOUYA RANEKOUHI, ESQ.** |
| 14 | | |
| 15 | Defendant. | |
| 16 | | |
| 17 | | |
| 18 | /// | |
| 19 | /// | |
| 20 | /// | |
| 21 | /// | |
| 22 | /// | |
| 23 | /// | |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | /// | |
| 28 | /// | |

*Left margin:* KAZEROUNI LAW GROUP, APC / 245 FISCHER AVENUE, SUITE D1 / COSTA MESA, CA 92626

**TO THIS COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that the following attorney hereby states his appearance as Co-Counsel for JAMES MILSK, individually and on behalf of all others similarly situated.

Gouya Ranekouhi, Esq. (SBN: 288267)

Kazerouni Law Group, APC

245 Fischer Avenue, Suite D1

Costa Mesa, California 92626

Telephone: (800) 400-6808

Facsimile: (800) 520-5523

Email: gouya@kazlg.com

Dated: October 2, 2014                                         Respectfully submitted,

                                                              **KAZEROUNI LAW GROUP, APC**

                                              By: _____/s/ GOUYA RANEKOUHI_____
                                                       ABBAS KAZEROUNIAN, ESQ.
                                                       GOUYA RANEKOUHI, ESQ.
                                                       ATTORNEYS FOR PLAINTIFF

**[ADDITIONAL PLAINTIFF'S COUNSEL]**

**HYDE & SWIGART**
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

**MARTIN & BONTRAGER, APC**
G. Thomas Martin, III (SBN 218456); Tom@mblawapc.com
Nicholas J. Bontrager (SBN 252114); Nick@mblawapc.com
6565 W. Sunset Ave., Ste. 410
Los Angeles, CA 90028
T: (323) 940-1700
F: (323) 238-8095

KAZEROUNI LAW GROUP, APC
245 FISCHER AVENUE, SUITE D1
COSTA MESA, CA 92626

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On October 2, 2014, I served the within document(s):

**NOTICE OF APPEARANCE OF GOUYA RANEKOUHI, ESQ.**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 2, 2014, at Costa Mesa, California.

                                                ___/s/ Gouya Ranekouhi
                                                GOUYA RANEKOUHI