**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gouya Ranekouhi, Esq. (SBN: 288267)
gouya@kazlg.com
245 Fischer Avenue, Suite D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

[ADDITIONAL PLAINTIFF'S COUNSEL ON SIGNATURE LINE]

*Attorneys for Plaintiff,*
James Milsk

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES MILSK; Individually and On Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br>**v.**<br><br>**TRAVEL OPTIONS, INC.,**<br><br>Defendant. | Case No.: 2:14-CV-07676 BRO-SSx<br><br>**CLASS ACTION**<br><br>**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)** |

*Kazerouni Law Group, APC*
*Costa Mesa, CA 92626*

NOTICE OF VOLUNTARY DISMISSAL

1    **NOTICE IS HEREBY GIVEN** that Plaintiff, JAMES MILSK, pursuant to

2  Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter

3  without prejudice.  Defendant has neither answered Plaintiff's Complaint, nor filed

4  a motion for summary judgment.  Accordingly, this matter may be dismissed

5  without prejudice and without an Order of the Court.

6

7

8  Dated: January 7, 2015                               Respectfully submitted,

9                                                       KAZEROUNI LAW GROUP, APC

10

11  BY: /s/ GOUYA RANEKOUHI
            ABBAS KAZEROUNIAN, ESQ.
12          GOUYA RANEKOUHI, ESQ.
            ATTORNEYS FOR PLAINTIFF

13

14  **HYDE & SWIGART**

15  Joshua B. Swigart, Esq. (SBN: 225557)
    josh@westcoastlitigation.com
16  2221 Camino Del Rio South, Suite 101
    San Diego, CA 92108
17  Telephone: (619) 233-7770
18  Facsimile: (619) 297-1022
    *Attorneys for Plaintiffs*
19

20  **MARTIN & BONTRAGER, APC**

21  G. Thomas Martin, III (SBN 218456)
    Nicholas J. Bontrager (SBN 252114)
22  6565 W. Sunset Ave., Ste. 410
    Los Angeles, CA 90028
23  T: (323) 940-1700
24  F: (323) 238-8095
    Tom@mblawapc.com
25  Nick@mblawapc.com
26  Attorneys for Plaintiff

27

28

Kazerouni Law Group, APC
Costa Mesa, CA 92626

NOTICE OF VOLUNTARY DISMISSAL

**Kazerouni Law Group, APC**
Costa Mesa, CA 92626

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

  I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Suite D1, Costa Mesa, California 92626. On January 7, 2015, I served the within document(s):

**NOTICE OF REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)**

  ☒  CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

  I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 7, 2015, at Costa Mesa, California.

         ___/s/ Gouya Ranekouhi
         GOUYA RANEKOUHI

**PROOF OF SERVICE**